

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00020-CR

Jessie L. **GARCIA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CR10331
Honorable Ron Rangel, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED March 13, 2024.

_____
Irene Rios, Justice